without costs, in so far as the appeal is from the order denying the motion for a new trial.  Present — Woodward, Burr, Thomas, Rich and Carr, JJ.

Catharine L. Surpless and Joseph D. Surpless, Respondents, and Abner C. Surpless, Appellant, as Executors, etc., v. Oliver B. Surpless and Others, Respondents. — Motion to dismiss appeal granted, without costs.  Present — Woodward, Burr, Thomas, Rich and Carr, JJ.

Catharine L. Surpless and Joseph D. Surpless, Respondents, and Abner C. Surpless, Appellant, as Executor, etc., v. Oliver B. Surpless and Others, Respondents. — Motion to dismiss appeal granted, without costs.  Present — Woodward, Burr, Thomas, Rich and Carr, JJ.

United States, for the Benefit of Henry Collins, Respondent, v. Anson M. Bangs, Sole Surviving Partner, etc., and Another, Appellants. — Motion for reargument denied, with ten dollars costs.  Present — Woodward, Burr, Thomas, Rich and Carr, JJ.

Moses Weisberg, Respondent, v. Samuel L. Hines and Abraham H. Spigelglass, Appellants. — Motion to dismiss appeal granted, with costs.  Present — Woodward, Burr, Thomas, Rich and Carr, JJ.

Mary Elizabeth Banzer, Respondent, v. Lena Bookman, Individually and as Sole Surviving Executrix, etc., of Joseph Banzer, Deceased, and John Banzer, Appellants, Impleaded with Joseph Henry Banzer, Respondent. — Judgment affirmed, with costs.  No opinion.  Woodward, Jenks, Thomas, Rich and Carr, JJ., concurred.

Louis L. Bernier, etc., Respondent, v. Griscom-Spencer Company, Appellant. — Judgment of the Municipal Court affirmed, with costs.  No opinion.  Hirschberg, P. J., Woodward, Burr, Thomas and Rich, JJ., concurred.

Thomas H. Brush, Appellant, v. Grant R. Pitbladdo, Respondent. — Judgment of the Municipal Court affirmed, with costs.  No opinion.  Woodward, Jenks, Thomas, Rich and Carr, JJ., concurred.

Arthur G. Cailler, Respondent, v. Joseph Antoine George Chiris, Doing Business under the Name of Antoine Chiris, Appellant. — Order affirmed, with ten dollars costs and disbursements.  No opinion.  Woodward, Jenks, Thomas, Rich and Carr, JJ., concurred.

The Canarsie Operating Company, Appellant, v. Bertha Tiltz, Respondent. — Judgment of the Municipal Court affirmed, with costs.  No opinion.  Woodward, Jenks, Thomas, Rich and Carr, JJ., concurred.

William L. Chapman, Appellant, v. Edward Brown, Respondent. — Judgment of the Municipal Court affirmed, with costs.  No opinion.  Woodward, Jenks, Thomas, Rich and Carr, JJ., concurred.

Joseph E. Clark and Franklin Taylor, Appellants, v. Williamsburgh Trust Company, Respondent.  (Action No. 2.) — Judgment of the Municipal Court affirmed, with costs.  No opinion.  Woodward, Jenks, Thomas, Rich and Carr, JJ., concurred.

Eser B. Cohn, Respondent, v. Joseph Helfant and Max Levine, Defendants, Impleaded with Max Horowitz and Harry Rashkin, Appellants. — Judgment of the Municipal Court in so far as appealed from reversed, and new trial ordered, costs to abide the event, upon the ground that it does not appear that Horowitz